```
 1  PETER D. NUSSBAUM (CSB 49682)
    EILEEN B. GOLDSMITH (CSB 218029)
 2  ALTSHULER, BERZON, NUSSBAUM,
      RUBIN & DEMAIN
 3  177 Post Street, Suite 300
    San Francisco, CA  94108
 4  Telephone: 415/421-7151
    Facsimile: 415/362-8064
 5
    Attorneys for Respondent
 6  SHEET METAL WORKERS' INTERNATIONAL ASSOCIATION,
    LOCAL UNION NO. 104
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| SAN MATEO SHEET METAL, <br><br> Petitioner/Counterclaim Respondent, <br><br> v. <br><br> SHEET METAL WORKERS' INTERNATIONAL ASSOCIATION, LOCAL UNION NO. 104, <br><br> Respondent/Counterclaim Petitioner. | Case No. C 06 2562 JSW <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

Pursuant to the Court's standing orders, the parties jointly request a continuance of the case management conference in this action currently scheduled for August 18, 2006, and that all related Rule 26 and ADR deadlines be continued accordingly.

Good cause exists to continue the case management conference. The parties have reached a tentative settlement agreement and are in the process of finalizing the written settlement documents. Accordingly, the case management conference and related deadlines should be continued for at least 30 days to permit the parties to complete their negotiations.

Respectfully submitted,

Dated: July 28, 2006

ALTSHULER, BERZON, NUSSBAUM,
  RUBIN & DEMAIN

_____/s/_____
By:   Eileen Goldsmith

Attorneys for Respondent Sheet Metal Workers' International Association Local No. 104

Dated: July 28, 2006

SIMPSON, GARRITY & INNES

_____/s/_____
By:   Paul Simpson

Attorneys for Petitioner San Mateo Sheet Metal

**[PROPOSED] ORDER**

For good cause shown, the case management schedule established by the Court's April 20, 2006 order is vacated. The case management conference set for August 18, 2006 in this action shall be continued to September 22, 2006 at 1:30 p.m. All related Fed. R. Civ. P. 26 and ADR deadlines shall be continued accordingly.

DATED: July 28, 2006

_____
United States District Judge

1