1  PETER D. NUSSBAUM (CSB 49682)
   EILEEN B. GOLDSMITH (CSB 218029)
2  ALTSHULER, BERZON, NUSSBAUM,
     RUBIN & DEMAIN
3  177 Post Street, Suite 300
   San Francisco, CA  94108
4  Telephone: 415/421-7151
   Facsimile: 415/362-8064

Attorneys for Respondent
SHEET METAL WORKERS' INTERNATIONAL ASSOCIATION,
LOCAL UNION NO. 104

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| SAN MATEO SHEET METAL,<br><br>        Petitioner/Counterclaim Respondent,<br><br>    v.<br><br>SHEET METAL WORKERS'<br>INTERNATIONAL ASSOCIATION,<br>LOCAL UNION NO. 104,<br><br>        Respondent/Counterclaim Petitioner. | Case No. C 06 2562 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

Pursuant to the Court's standing orders, the parties jointly request a continuance of the case management conference in this action currently scheduled for September 22, 2006, and that all related Rule 26 and ADR deadlines be continued accordingly.

Good cause exists to continue the case management conference. The parties have reached a settlement agreement and are in the process of performing conditions in the agreement precedent to dismissal of this action. Accordingly, the case management conference and related deadlines should be continued for at least 30 days.

Respectfully submitted,

Dated: September 1, 2006

ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN

_____/s/_____
By:   Eileen Goldsmith

Attorneys for Respondent Sheet Metal Workers' International Association Local No. 104

Dated: September 1, 2006

SIMPSON, GARRITY & INNES

_____/s/_____
By:   Paul Simpson

Attorneys for Petitioner San Mateo Sheet Metal

[PROPOSED] ORDER

For good cause shown, the case management conference set for September 22, 2006 in this action shall be continued to December 1, 2006 at 1:30 p.m. All related Fed. R. Civ. P. 26 and ADR deadlines shall be continued accordingly.

DATED: September 1, 2006

_____
Jeffrey S. White
United States District Judge

1

Stipulation and [Proposed] Order to Continue Case Management Conference – Case No. C 06 2562 JSW